# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00903-MSK-KMT

Vicki Mize, an individual, on her own behalf,

    Plaintiff,

v.

Castle Rock Gas Station,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE:**

1. Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Vicki Mize, an individual on her own behalf, hereby voluntarily dismisses this action without prejudice.

2. This Notice of Voluntary Dismissal without Prejudice has been electronically filed in Case 1:17-cv-00903-MSK-KMT, Document 26, Filed on February 14, 2018, USDC Colorado Page 1 of 2.

Respectfully submitted this 14th day of February, 2018.

    /s/ Lori J. Coulter
    Lori J. Coulter, Esq.
    The Law Office of Lori J. Coulter, LLC
    1271 Riverview Drive
    Loveland, CO 80537
    (303)520-1695
    Email: ljcoulter@aol.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of February, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following party and mailed a copy of the same to:

Castle Rock Gas Station
830 Wilcox Street
Castle Rock, CO 80104

**NOTICE OF ELECTRONIC FILING:** Defendant Case 1:17-cv-00903-MSK-KMT, Document 26, Filed 02/14/2018, USDC Colorado.

/s/ Lori J. Coulter